IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-vs-

DYSHIKA MCFADDEN,

Defendant.

22-CR-6053 CJS

**INFORMATION**
(Felony)

*FILED MAY 16 2022 — UNITED STATES DISTRICT COURT, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

**Violation:**
18 U.S.C. § 231(a)(3)

(1 Count)

## COUNT 1

### (Civil Disorder)

### The United States Attorney Charges That:

On or about May 30, 2020, in the Western District of New York, the defendant, **DYSHIKA MCFADDEN**, did commit, and attempt to commit, an act to obstruct, impede, and interfere with a law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder, and the civil disorder obstructed, delayed, or adversely affected commerce and the movement of any article and commodity in commerce.

**All in violation of Title 18, United States Code, Section 231(a)(3).**

DATED: Rochester, New York, May __16__, 2022.

TRINI E. ROSS
United States Attorney
Western District of New York

BY: _____
CASSIE M. KOCHER
Assistant U.S. Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, New York 14614
585/399-3934
cassie.kocher@usdoj.gov